# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RASHON K. KING, | Case No.: 2:19-cv-00750-APG-CWH |
| Plaintiff | **Order** |
| v. | |
| BAKER, et al., | |
| Defendant | |

This case was assigned to the unofficial southern division of this Court. However, petitioner Rashon King is in custody at the Lovelock Correctional Center. Under Local Rule IA 1-8(a), a pro se inmate must proceed in the unofficial division of the court in which the inmate is held when the matter is commenced.

IT THEREFORE IS ORDERED that this action is transferred to the unofficial northern division of this court for all further proceedings. The clerk of the court shall transfer and reopen this matter as a new action under a new docket number in the northern division, and the action under this docket number shall be closed, without prejudice to petitioner regarding any federal limitation period and filing fee.

Dated this 3rd day of May, 2019.

ANDREW P. GORDON
United States District Judge